IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN SIEHL, | ) |
| | ) |
| Plaintiff, | ) 3:18-CV-00077-LPL |
| | ) |
| vs. | ) |
| | ) |
| CITY OF JOHNSTOWN, CAMBRIA COUNTY, DAVID TULOWITZKI, DANIEL LOVETTE, MERRILL BRANT, SCOTT ERMLICK, ANGELO CANCELLIERE, LAWRENCE WAGNER, | ) UNITED STATES MAGISTRATE JUDGE LISA PUPO LENIHAN |
| Defendants, | ) ECF NO. 232 |
| vs. | ) |
| TWIN CITY FIRE INSURANCE COMPANY, WESTPORT INSURANCE CORPORATION, and NATIONAL CASUALTY COMPANY, | ) |
| Third-Party Defendants. | ) |

**ORDER ON DEFENDANT WESTPORT INSURANCE'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, CERTIFICATION FOR INTERLOCUTORY APPEAL**

**AND NOW**, this 19th day of September, 2022, in consideration of the pending Motion at ECF No. 232, and for the reasons set forth in the Memorandum Opinion of even date herewith,

**IT IS HEREBY ORDERED** that:

Third-Party Defendant Westport's Motion for Reconsideration or, in the Alternative, Certification for Interlocutory Appeal, ECF No. 232, is **DENIED**.

BY THE COURT:

LISA PUPO LENIHAN
United States Magistrate Judge